IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>               Plaintiff,<br><br>    v.<br><br>RED LION INNS OPERATING, LP, a Limited Partnership; WEST DOUGHBOY LLC, a Delaware Limited Liability Company,[1]<br><br>               Defendants. | CIV. S-04-1969 GEB GGH<br><br>ORDER |

On May 3, 2005, the parties filed a stipulation and proposed order by which they seek to amend the Status (Pretrial Scheduling) Order. The parties indicate that the modification they seek might facilitate settlement of this action. In light of the

---

[1] The parties' stipulation filed May 3, 2005, contained an incorrect caption. See Status (Pretrial Scheduling) Order filed March 21, 2005, at 1 n.1. Future filings shall contain the correct caption.

1

parties' representation, the Status (Pretrial Scheduling) Order is modified as follows:[2]

    (1)  Each party will comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before August 19, 2005, and with the rebuttal expert disclosures authorized under the Rule on or before September 20, 2005.

    (2)  All discovery shall be completed by January 19, 2006.

    (3)  The last hearing date for law and motion is March 27, 2006, at 9:00 a.m.

    (4)  The final pretrial conference is set for May 22, 2006, at 1:30 p.m.

    (5)  The trial commencement date is continued to August 22, 2006, at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  May 5, 2005

    /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge

---

[2]  Two dates the parties requested were not given because the Court is usually not open on Sundays or holidays.